# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00788-CV

**Garden Ridge, LP; Garden Ridge Corporation; and
Garden Ridge Management, LLC, Appellants**

**v.**

**Rightson, LLC, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 11-009-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants Garden Ridge, LP, Garden Ridge Corporation, and Garden Ridge Management, LLC and appellee Rightson, LLC have notified this Court that they no longer wish to pursue this appeal and have filed a joint motion to dismiss it with prejudice. We grant the parties' motion and dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Joint Motion

Filed: July 31, 2013